UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA L KRUEGER,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE PALLARES,<br><br>        Defendant. | Case No. 21-cv-06145-HSG<br><br>**ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: Dkt. No. 11 |

Having considered whether this case should be related to petitioner's co-defendant's habeas petition, *Warner v. St. Andre*, No. 3:22-cv-02916-TLT, the Court declines to relate the cases.

This Order terminates Docket No. 11.

**IT IS SO ORDERED.**

Dated: September 26, 2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge