UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA L KRUEGER,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE PALLARES,<br><br>    Defendant. | Case No. 21-cv-06145-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Denying Petition for a Writ of Habeas Corpus and Denying Certificate of Appealability, the petition for a writ of habeas corpus is DENIED.  The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  10/26/2022

                                                  HAYWOOD S. GILLIAM, JR.
                                                United States District Judge